# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bivins, Sonja F. | 2. Court or Organization<br><br>Southern District of Alabama | 3. Date of Report<br><br>07/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

113 St. Joseph St
Mobile, AL 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bivins, Sonja F. | 07/25/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Mobile Bar Association | 12-1-2017 to 12-2-2017 | Point Clear, Alabama | Bench and Bar Meeting | Hotel |
| 3. | University of Alabama Law School | 3-30-2017 to 3-31-2017 | Tuscaloosa, Alabama | Presentation | Mileage, Food, and Lodging |
| 4. | Federal Magistrate Judges Association | 3-19-2017 to 3-22-2017 | Washington, DC | Board Meeting and Advisory Committee Meeting | Transportation, Food, and Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bivins, Sonja F. | 07/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bivins, Sonja F. | 07/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) Ameriprise Brokerage Account, IRA | | | | | Closed | 06/30/17 | | | |
| 2. -Money Market and Cash | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 3. -(H) Mutual Funds | | | | | Closed | 06/30/17 | | | |
| 4. --COL Con Core - A f/k/a RVS Fundamental Value - A | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 5. --COL Acorn Intl - A f/k/a RVS International Aggregate Growth - A | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 6. --COL Real Estate - A f/k/a RVS Real Estate - A | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 7. -(H) Equities | | | | | Closed | 06/30/17 | | | |
| 8. --IndexIQ Merger Arbitrage ETF | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 9. --Barclays Capital Convertible ETF | A | Int./Div. | | | Closed | 06/30/17 | J | A | |
| 10. Army Aviation Federal Credit Union | A | Int./Div. | J | T | | | | | |
| 11. Wells Fargo Bank | A | Int./Div. | J | T | | | | | |
| 12. Gwinnett Federal Credit Union (X) | A | Int./Div. | J | T | | | | | |
| 13. Regions Bank | A | Int./Div. | M | T | | | | | |
| 14. (H)Morgan Stanley (X) | | | | | | | | | |
| 15. -MS Private Bk CD Purchase NY CD (X) | A | Int./Div. | K | T | Buy | 09/14/17 | K | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bivins, Sonja F. | 07/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII Line 1-9-Ameriprise Brokerage Account (IRA) closed in June 2017.  Account balance distributed.

2. Part VII Line 12-Gwinnett Federal Credit Union account inadvertently ommitted from 2016 report.

3. Part VII Line 13-Regions Bank account is my ▮▮▮▮▮ account.  We were ▮▮▮▮▮ in October 2016.  (Asset non reportable due to ▮▮▮▮▮.)

4. Part VII Line 14-15-Morgan Stanley CD-Asset Non reportable because it was acquired in September 2017.

| Name of Person Reporting | Date of Report |
|---|---|
| Bivins, Sonja F. | 07/25/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonja F. Bivins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544